# CASE ANNOUNCEMENTS

*May 14, 2010*

[Cite as *05/14/2010 Case Announcements*, 2010-Ohio-2110.]

## MOTION AND PROCEDURAL RULINGS

2010–0768.  **US Bank, NA v. Suggs.**
Cuyahoga App. No. 94537. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

It is ordered by the court that the motion is denied.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2010–0610.  **Clay v. Lakeview Farms, Inc.**
Allen App. No. 1–09–55, 2010-Ohio-603.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

2009–2193.  **State ex rel. Kroger Co. v. Johnson.**
Franklin App. No. 09AP–89, 2009-Ohio-5781.

# CASE ANNOUNCEMENTS

*May 17, 2010*

[Cite as *05/17/2010 Case Announcements*, 2010-Ohio-2133.]

## MISCELLANEOUS DISMISSALS

2010–0001.  **State ex rel. Starr v. Indus. Comm.**
Franklin App. No. 09AP–267, 2009-Ohio-6568. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.